# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSE MIGUEL HILARIO,

    Plaintiff,

v.                                CASE NO. 5:15-cv-00141-MP-EMT

A. LOPEZ,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 7, 2015. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Magistrate Judge's Order, Doc. 14 at 4, is also adopted and incorporated by reference in this Order.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 14, is adopted and incorporated by reference in this order.

2.     The Court's August 28, 2015 order granting Plaintiff's motion to proceed in forma pauperis, Doc. 12, is VACATED.

3.     Plaintiff's motion to proceed in forma pauperis, Doc. 11, is DENIED.

4.     The clerk of court shall mail a copy of this Order and Report and Recommendation to: FCI Bennettsville, P.O. Box. 52020, Bennettsville, SC 29513, Attention: Agency Clerk. The agency having custody of Plaintiff shall no longer forward payments from Plaintiff's account to the court for Case No. 5:15cv141/MMP/EMT. The clerk of court shall apply Plaintiff's initial partial filing fee payment of $19.16 to Case No. 5:13cv305/RS/EMT.

5.     Pursuant to 28 U.S.C. § 1915(g), this cause is DISMISSED WITHOUT PREJUDICE to Plaintiff's initiating a new cause of action accompanied by payment of the $400 filing fee in its entirety.

**DONE AND ORDERED** this __6th__ day of November, 2015

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge